Order issued November 6 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01053-CR

HENRY O'BRYAN TUBBS, Appellant

V.

THE STATE OF TEXAS, Appellee

## ORDER

Before Justices Moseley, Fillmore, and Myers

Appellant's motion for extension of time to file a motion for rehearing, filed on November 1, 2012, is **GRANTED**. The deadline for appellant to file his motion for rehearing is extended to Monday, November 19, 2012. *See* TEX. R. APP. P. 4.1( a), 49.1, 49.8.

_____
LANA MYERS
JUSTICE